FILED

2017 SEP 14  A 9: 20

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
) Docket No: 1:17-mj- 422
)
TAJ J. FEWELL ) Initial Appearance: September 18, 2017
)

CRIMINAL INFORMATION

Misdemeanor 7087139

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 17, 2017, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TAJ J. FEWELL, did unlawfully, knowingly, and willfully steal, purloin or knowingly convert to his use or the use of another, property of the United States and any department or agency thereof, specifically: one (1) pair of shoes, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

(In violation of Title 18, United States Code, Section 641.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Christopher H. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)299-3776
Fax (703) 805-1042
christopher.h.kim@usdoj.gov

Fort Belvoir, VA

Date September 13, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2017, I mailed a true and accurate copy of the Criminal Information herein filed to Taj J. Fewell at his address of record:

5817 S. 3rd Street
Arlington, VA 22204

Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186